# EXHIBIT A

7SEARCH.COM

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2013 | SHB11_13 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 11/30/2013 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  |  | Date Frame: 11/01/13 12:00AM - 11/30/13 11:59PM |  |  |
| 7,436 | 4317 - INVOICED ... | NOVEMBER 2013 TRAFFIC - SHARISBERRIES | ▬ | ▬ |

**Total** ▬

7SEARCH.COM

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2013 | SHB12_13 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | ▉ | | 12/31/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 10,096 | 4317 - INVOICED ... | Date Frame: 12/01/13 12:00AM - 12/31/13 11:59PM<br>DECEMBER 2013 | ▉ | ▉ |

**Total** ▉

7SEARCH.COM

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2014 | SHB01_14 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | ▮ |  | 1/31/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  |  | Date Frame: 01/01/14 12:00AM - 01/31/14 11:59PM |  |  |
| 10,977 | 4317 - INVOICED ... | JANUARY 2014 TRAFFIC | ▮ | ▮ |

**Total** ▮

7SEARCH.COM

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2014 | SHB02_14 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | ▬ |  | 2/28/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 9,939 | 4317 - INVOICED ... | Date Frame: 02/01/14 12:00AM - 02/28/14 11:59PM<br>FEBRUARY 2014 TRAFFIC | ▬ | ▬ |

| | Total | ▬ |
|---|---|---|

7SEARCH.COM

999 E Touhy
Des Plaines, IL 60018 TEL 773-283-0086

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2014 | SHB03_14 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | ▬ |  | 3/31/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,359 | 4317 - INVOICED ... | Date Frame: 03/01/14 12:00AM - 03/31/14 11:59PM<br><br>MARCH 2014 TRAFFIC | ▬ | ▬ |

**Total** ▬

# Invoice

**7SEARCH.COM**

999 E Touhy
Des Plaines, IL 60018  TEL 773-283-0086

| Date | Invoice # |
|---|---|
| 4/30/2014 | SHB04_14 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | ▮▮▮ |  | 4/30/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  |  | Date Frame: 04/01/14 12:00AM - 04/30/14 11:59PM |  |  |
| 7,079 | 4317 - INVOICED ... | APRIL 2014 TRAFFIC | ▮▮▮ | ▮▮▮ |

**Total** ▮▮▮

# Invoice

**7SEARCH.COM**

999 E Touhy
Des Plaines, IL 60018  TEL 773-283-0086

| Date | Invoice # |
|---|---|
| 5/31/2014 | SHB05_14 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | ▓ |  | 5/31/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5,314 | 4317 - INVOICED ... | Date Frame: 05/01/14 12:00AM - 05/31/14 11:59PM<br>MAY 2014 TRAFFIC | ▓ | ▓ |

**Total** ▓

7SEARCH.COM

999 E Touhy
Des Plaines, IL 60018  TEL 773-283-0086

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2014 | SHB06_14 |

| Bill To |
|---|
| Provide Commerce, Inc.<br>4840 Eastgate Mall<br>San Diego, CA 92121 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | ■ |  | 6/30/2014 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  |  | Date Frame: 06/01/14 12:00AM - 06/30/14 11:59PM |  |  |
| 7,367 | 4317 - INVOICED ... | JUNE 2014 TRAFFIC | ■ | ■ |

| | Total | ■ |
|---|---|---|