# EXHIBIT B



# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2014 | 15497 |

3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com

**Bill To**
Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
|  | 3/2/2014 | Steve Sapp | Provide Commerce - Shari's Berries Jan-14 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
|  | Provide Commerce - Shari's Berries |  |  |  |  |

Total Amount Due



# Invoice

3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com

| Date | Invoice # |
|---|---|
| 2/28/2014 | 15616 |

**Bill To**

Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
| ▆▆ | 3/30/2014 | Steve Sapp | Provide Commerce - Shari's Berries Feb 2014 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
| ▆▆ | Provide Commerce - Shari's Berries | ▆▆ | ▆▆ | ▆▆ | ▆▆ |

Total Amount Due ▆▆



**3 Park Avenue, 27th Floor**
**New York, NY 10016**
**(212) 925 2022**
**www.admarketplace.com**

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2014 | 15738 |

## Bill To

Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
| ▮ | 4/30/2014 | Steve Sapp | Provide Commerce - Shari's Berries Mar-14 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
| ▮ | Provide Commerce - Shari's Berries | ▮ | ▮ | ▮ | ▮ |

Total Amount Due ▮



**3 Park Avenue, 27th Floor**
**New York, NY 10016**
**(212) 925 2022**
**www.admarketplace.com**

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2014 | 15861 |

## Bill To

Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
|  | 5/30/2014 | Steve Sapp | Personal Creations - Provide Commerce Apr 2014 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
|  | Personal Creations - Provide Commerce |  |  |  |  |

| | Total Amount Due | |
|---|---|---|



**3 Park Avenue, 27th Floor**
**New York, NY 10016**
**(212) 925 2022**
**www.admarketplace.com**

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2014 | 15888 |

## Bill To

Personal Creations - Provide Commerce
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
| ▬ | 5/30/2014 | Steve Sapp | Personal Creations - Provide Commerce Apr 2014 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
| ▬ | Managed | ▬ | | ▬ | |

| | Total Amount Due | ▬ |
|---|---|---|



# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2014 | 15984 |

3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com

**Bill To**

Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
| ▓ | ▓ | Staci Rosenblum | Personal Creations - Provide Commerce May-14 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
| ▓ | Personal Creations - Provide Commerce May-14 | ▓ | ▓ | ▓ | ▓ |

Total Amount Due  ▓



# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2014 | 15985 |

3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com

**Bill To**

Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
|  | 6/30/2014 | Adam Epstein | Shari's Berries - Provide Commerce May-14 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
|  | Shari's Berries - Provide Commerce May-14 |  |  |  |  |

Total Amount Due



**Invoice**

| Date | Invoice # |
|---|---|
| 6/30/2014 | 16104 |

3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com

**Bill To**

Provide Commerce - Shari's Berries
4840 Eastgate Mall
San Diego CA 92121
United States

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
|  | 7/30/2014 | Steve Sapp | Shari's Berries - Provide Commerce 14-Jun | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
|  | Shari's Berries - Provide Commerce |  |  |  |  |

Total Amount Due



**3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com**

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2014 | 16218 |

| Bill To |
|---|
| Provide Commerce - Shari's Berries<br>4840 Eastgate Mall<br>San Diego CA 92121<br>United States |

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
|  | 8/30/2014 | Steve Sapp | Provide Commerce - Shari's Berries Jul 2014 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
|  | Shari's Berries - Provide Commerce |  |  |  |  |

Total Amount Due



# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2014 | 16341 |

3 Park Avenue, 27th Floor
New York, NY 10016
(212) 925 2022
www.admarketplace.com

| Bill To |
|---|
| Provide Commerce - Shari's Berries<br>4840 Eastgate Mall<br>San Diego CA 92121<br>United States |

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
| | 9/30/2014 | Adam Epstein | Shari's Berries - Provide Commerce Aug-2014 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
| | Shari's Berries - Provide Commerce | | | | |

| | Total | 894.72 |
|---|---|---|
| | Amount Due | $894.72 |



# Invoice

**3 Park Avenue, 27th Floor**
**New York, NY 10016**
(212) 925 2022
www.admarketplace.com

| Date | Invoice # |
|---|---|
| 9/30/2014 | 16465 |

| Bill To |
|---|
| Provide Commerce - Shari's Berries<br>4840 Eastgate Mall<br>San Diego CA 92121<br>United States |

| Terms | Due Date | Sales Rep | Memo | Currency |
|---|---|---|---|---|
|  | 10/30/2014 | Adam Epstein | Shari's Berries - Provide Commerce Sep-2014 | USA |

| Quantity | Description | Rate | Rate Type | Amount | Tax Code |
|---|---|---|---|---|---|
|  | Shari's Berries - Provide Commerce |  |  |  |  |

| | Total Amount Due | |
|---|---|---|