UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDIBLE ARRANGEMENTS, LLC, a Connecticut limited liability company, and EDIBLE ARRANGEMENTS INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>    *Plaintiffs,*<br>v.<br><br>PROVIDE COMMERCE, INC., a Delaware corporation,<br><br>    *Defendant.* | Case No. 3:14-cv-00250<br><br>Hon. Vanessa L. Bryant<br><br><br>April 1, 2016 |

## NOTICE REGARDING EXHIBIT

Please take notice that the undersigned has requested leave of the court to file the following exhibit under seal. The exhibit has not been redacted and has not been filed electronically because the entire contents of the exhibit contains confidential and/or attorneys' eyes only information.

**EXHIBIT KK**

**adMarketplace Terms and Conditions**

1

2

        Respectfully submitted,

        BROOKS KUSHMAN P.C.

        <u>/s/ Chanille Carswell</u>

**Dated:  April 1, 2016**        MARK A. CANTOR – *Pro Hac Vice*
        (MI Bar No. P32661)
        MARC LORELLI   – *Pro Hac Vice*
        (MI Bar No. P63156)
        CHANILLE CARSWELL – *Pro Hac Vice*
        (MI Bar No. P53754)
        Mark A. Jotanovic – *Pro Hac Vice*
        (MI Bar No. P73752)
        1000 Town Center, Twenty-Second Floor
        Southfield, Michigan 48075
        Tel:  (248) 358-4400 / Fax:  (248) 358-3351
        Email:  mcantor@brookskushman.com
                mlorelli@brookskushman.com
                ccarswell@brookskushman.com
                mjotanovic@ brookskushman.com

        KEVIN WALSH
        WILLIAMS, WALSH & O'CONNOR, LLC
        37 Broadway
        North Haven, CT 06473
        Tel:  (203) 234-6333 / Fax: (203) 234-6330
        Email:  [kwalsh@wwolaw.com](mailto:kwalsh@wwolaw.com)
        Fed. Bar. No. ct02116

        *Attorneys for Plaintiffs*