UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
EDIBLE ARRANGEMENTS, LLC, a Connecticut :
limited liability company, and EDIBLE
ARRANGEMENTS INTERNATIONAL, LLC, a    :   Case No.: 3:14-cv-00250-VLB
Delaware limited liability company,             Hon. Vanessa L. Bryant
                                                              :
                    Plaintiffs,
                                                              :
    -against-
                                                              :    _____, 2016
PROVIDE COMMERCE, INC., a Delaware
corporation,                                              :
                    Defendant.
------------------------------------------------------------X

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for Plaintiffs Edible Arrangements International, LLC and Edible Arrangements, LLC, and Provide Commerce, Inc. (together, the "Parties") that the above-captioned action be, and is, dismissed with prejudice.

Dated: 11/28/2016

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
J. Christopher Jensen (pro hac vice)
Meichelle R. MacGregor (pro hac vice)
114 West 47th Street
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiffs EDIBLE
ARRANGEMENTS, LLC and EDIBLE
ARRANGEMENTS INTERNATIONAL, LLC

FISH & RICHARDSON

By: _____
David Hosp (pro hac vice)
Elizabeth Brenckman (pro hac vice)
601 Lexington Avenue, Flr 52
New York, NY 10022-4611
(212) 641-2305
Attorneys for Defendant PROVIDE
COMMERCE, INC.

SO ORDERED this ___ day of _____, 2016.

_____
VANESSA BRYANT, U.S.D.J.

29626/015/2142429.6